Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| JUAN RAMÓN RAMOS HERNÁNDEZ<br><br>Peticionario<br><br>v.<br><br>NACHELLY PEÑA CARMOEGA, *ET ALS*<br><br>Recurridos | KLCE202400940 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.:<br>F CD2014-1532<br><br>Sobre:<br>Cobro de Dinero y Ejecución de Hipoteca |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

*Martínez Cordero, jueza ponente*

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 16 de septiembre de 2024.

Considerado el *Certiorari*, presentado por el señor Juan Ramón Ramos Hernández, el 30 de agosto de 2024, denegamos su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1[1].

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
Al denegar la expedición de un recurso de *certiorari* en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.

Número Identificador

RES2024_____